```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

TODD SODERBERG, individually   )
and as Father and next         )
friend of ALEX SODERBERG       )
and on behalf of all other     )
similarly situated,            )
              Plaintiffs       )
                               )
                               )
         v.                    )    Civil Action No. 17-30057-MAP
                               )
PROGRESSIVE DIRECT             )
INSURANCE COMPANY,             )
              Defendant        )


                        ORDER OF DISMISSAL
                          June 29, 2017

PONSOR, D.J.

    In accord with the court's Electronic Order dated June 28, 2017 (See Doc. No. 24), the above-referenced matter is hereby dismissed.

    IT IS SO ORDERED.

                              /s/    Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge